IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

CHAD COX and COURTNEY COX, )
Individually and as Natural Guardians )
of J.C, )
 )
    Plaintiffs, )
 )
   v. ) Case No. 10-1204-CV-W-ODS
 )
KLS MARTIN, L.P., )
 )
    Defendants. )

## ORDER GRANTING STAY OF ENFORCEMENT OF JUDGMENT PENDING APPEAL

  Before the Court is Defendant's Motion (Doc. No. 182) for an order staying enforcement of the judgment in this matter pending appeal. Upon review of the pleadings, and for the reasons set forth in Defendant's Motion, the Court finds that the underlying judgment is sufficiently secured in light of the policy of insurance providing coverage to Defendant and Defendant's Motion is hereby GRANTED.

  IT IS HEREBY ORDERED THAT Defendant's policies of insurance with Indian Harbor and XL Insurance policies shall be posted as security in lieu of an appeal bond.

  IT IS FURTHER ORDERED THAT Defendant shall not be required to post further appeal bond to secure the underlying judgment pending appeal.

  IT IS FURTHER ORDERED THAT enforcement of Plaintiff's Judgment against Defendant is hereby stayed while appeal of the Judgment is pending.


IT IS SO ORDERED.

                 /s/ Ortrie D. Smith
                 ORTRIE D. SMITH, SENIOR JUDGE
DATE: October 21, 2013        UNITED STATES DISTRICT COURT